**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02121-REB-KMT

RITA RAEL,

    Plaintiff,

v.

COSTILLA COUNTY DEPARTMENT OF SOCIAL SERVICES,
COSTILLA COUNTY BOARD OF COUNTY COMMISSIONERS,
RAMONA ARCHULETA,
EDWARD VIGIL,
JOE C. GALLEGOS, and
FRANKLIN KUHN,

    Defendants.

## ORDER OF PARTIAL DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulated Motion For Partial Case Dismissal** [#32] filed January 23, 2009. After careful review of the motion and the file, the court has concluded that the motion should be granted; that plaintiff's claims against defendant, Costilla County Department of Social Services, should be dismissed with prejudice; and that plaintiff's First and Second Claims for Relief should be dismissed with prejudice against defendants, Ramona Archuleta, Edward Vigil, Joe C. Gallegos and Franklin Kuhn, in their individual capacities.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Partial Case Dismissal** [#32] filed January 23, 2009, is **GRANTED**;

2. That plaintiff's claims against defendant, Costilla County Department of Social Services are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That plaintiff's First and Second Claims for Relief **ARE DISMISSED** with prejudice against defendants, Ramona Archuleta, Edward Vigil, Joe C. Gallegos and Franklin Kuhn, in their individual capacities, with the parties to pay their own attorney fees and costs; and

4. That defendant, Costilla County Department of Social Services, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated January 26, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge