## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No.  08-cv-02121-REB-KMT

RITA RAEL,

      Plaintiff,

v.

COSTILLA COUNTY BOARD OF COUNTY COMMISSIONERS,
RAMONA ARCHULETA,
EDWARD VIGIL,
JOE C. GALLEGOS, and
FRANKLIN KUHN,

      Defendants.

---

## ORDER DISCHARGING ORDER TO
## SHOW CAUSE AND DISMISSING CLAIMS

---

**Blackburn, J.**

The matter before me is **Plaintiff's Response to Sow Cause Order and Motion To Voluntarily Dismiss Certain Claims** [#53] filed June 26, 2009.  I discharge the order, finding that the response is adequate to my **Order To Show Cause** [#49], entered June 4, 2009.  Moreover, as plaintiff has voluntarily moved to dismiss certain of the claims implicated by the order, I will dismiss those claims as well.[1]

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Order To Show Cause** [#49] entered June 4, 2009, is

---

[1]  I express no opinion about whether plaintiff's attempt to assert a claim for retaliation under the Colorado Anti-Discrimination Act against the individual defendants is a valid interpretation of the law, or whether the claim remains viable in light of her earlier voluntary dismissal with prejudice of this claim as to the individual defendants in their individual capacities.  (**See Stipulated Motion for Partial Case Dismissal**
¶ 2 at 2 [#32], filed January 23, 2009.)

**DISCHARGED**;

2.  That plaintiff's First Claim for Relief is **DISMISSED WITH PREJUDICE** as against the individual defendants;

3.  That plaintiff's Second Claim for Relief is **DISMISSED WITH PREJUDICE** as against the individual defendants insofar as it asserts claims for retaliation under Title VII and the Age Discrimination in Employment Act; and

4.  That plaintiff's Third and Fourth Claims for Relief are **DISMISSED WITH PREJUDICE** as against the individual defendants in their official capacities.

Dated June 29, 2009, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge