**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02121-REB-KMT

RITA RAEL,

    Plaintiff,

v.

COSTILLA COUNTY BOARD OF COUNTY COMMISSIONERS,
RAMONA ARCHULETA,
EDWARD VIGIL,
JOE C. GALLEGOS, and
FRANKLIN KUHN,

    Defendants.

## ORDER RE: DEFENDANTS' UNOPPOSED MOTION FOR CLARIFICATION

**Blackburn, J.**

The matter before me is **Defendants' Unopposed Motion for Clarification** [#56] filed June 30, 2009. I ordered plaintiff to file a response to the motion setting forth which claims she contended remained viable in this lawsuit. (**Minute Order** [#57], filed July 10, 2009.) Plaintiff has filed her response, and defendants agree with her assessment of what claims remain pending. I, therefore, grant the motion and clarify my previous orders as set forth herein.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendants' Unopposed Motion for Clarification** [#56] filed June 30, 2009, is **GRANTED**;

2. That the claims that remain pending in this lawsuit are as set forth in **Plaintiff's Response to Defendants' Unopposed Motion for Clarification** at 2, ¶ 3 [#62] filed July 23, 2009;

3. That plaintiff's claims against defendants, Joe C. Gallegos and Franklin Kuhn, are **DISMISSED WITH PREJUDICE**;

4. That at the time judgment is entered, judgment **SHALL ENTER** on behalf of defendants, Joe C. Gallegos and Franklin Kuhn, against plaintiff, Rita Rael, as to all claims for relief and causes of action asserted against them; and

5. That defendants, Joe C. Gallegos and Franklin Kuhn, are **DROPPED** as named parties to this action, and the case caption **AMENDED** accordingly.

Dated July 27, 2009, at Denver, Colorado.

                                                          **BY THE COURT:**

                                                          Robert E. Blackburn
                                                          United States District Judge