# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 08-cv-02121-REB-KMT

RITA RAEL,

    Plaintiff,

v.

COSTILLA COUNTY BOARD OF COUNTY COMMISSIONERS,
RAMONA ARCHULETA, and
EDWARD VIGIL,

    Defendants.

## ORDER DISMISSING PLAINTIFF'S
## FOURTH CAUSE OF ACTION (LIBERTY INTEREST)

**Blackburn, J.**

The matter before me is **Plaintiff's Unopposed Motion For Voluntary Dismissal of Fourth Cause of Action (Liberty Interest) Pursuant to Fed.R.Civ.P. 41(a)(1)** [#67] filed August 16, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that plaintiff's fourth cause of action (Liberty Interest) should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Unopposed Motion For Voluntary Dismissal of Fourth Cause of Action (Liberty Interest) Pursuant to Fed.R.Civ.P. 41(a)(1)** [#67] filed August 16, 2009, is **GRANTED**;

2. That plaintiff's fourth cause of action (Liberty Interest) is **DISMISSED**; and

3. That by the close of business on **August 28, 2009**, the plaintiff shall file with the court a status report in compliance with this court's practice standard, REB Civ.

2

Practice Standard II.I.1., specifying the claims, counterclaims, cross-claims, defenses, or parties affected by this dismissal and which claims, counterclaims, cross-claims, defenses, or parties remain viable.

Dated August 18, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge