**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  08-cv-02121-REB-KMT

RITA RAEL,

      Plaintiff,

v.

COSTILLA COUNTY BOARD OF COUNTY COMMISSIONERS,
RAMONA ARCHULETA, and
EDWARD VIGIL,

      Defendants.

---

**ORDER DISMISSING PLAINTIFF'S
THIRD CAUSE OF ACTION (DUE PROCESS)**

---

**Blackburn, J.**

The matter before me is **Plaintiff's Unopposed Motion For Voluntary Dismissal of Third Cause of Action (Due Process) Pursuant to Fed.R.Civ.P. 41(a)(1) and Status Report Regarding Remaining Claims Pursuant to REB Civ. Practice Standard II.I.1** [#76] filed September 17, 2009.  After careful review of the motion and the file, I conclude that the motion should be granted and that plaintiff's third cause of action (Due Process) should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Plaintiff's Unopposed Motion For Voluntary Dismissal of Third Cause of Action (Due Process) Pursuant to Fed.R.Civ.P. 41(a)(1) and Status Report Regarding Remaining Claims Pursuant to REB Civ. Practice Standard II.I.1** [#76] filed September 17, 2009, is **GRANTED**; and

2.  That plaintiff's third cause of action (Due Process) is **DISMISSED**.

Dated September 17, 2009, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge