**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  08-cv-02121-REB-KMT

RITA RAEL,

    Plaintiff,

v.

COSTILLA COUNTY BOARD OF COUNTY COMMISSIONERS,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal With Prejudice** [#100] filed December 14, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation For Dismissal With Prejudice** [#100] filed December 14, 2009, is **APPROVED**; and

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 14, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge